**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––

**No. 22-6646**

––––––––––––

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

EUGENE ASOMANI WILLIAMS,

        Defendant - Appellant.

––––––––––––

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:13-cr-00464-LMB-1; 1:22-cv-00468-LMB)

––––––––––––

Submitted:  December 20, 2022               Decided:  December 27, 2022

––––––––––––

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

––––––––––––

Dismissed by unpublished per curiam opinion.

––––––––––––

Eugene Asomani Williams, Appellant Pro Se.

––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Asomani Williams seeks to appeal the district court's order dismissing his 28 U.S.C. § 2255 motion as successive and unauthorized. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Williams has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2